Courtroom Minute Sheet
# ARRAIGNMENT/PLEA/CHANGE OF PLEA
# WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date 6-26-17  Case No. 16cr555
UNITED STATES OF AMERICA vs. Clarence Howard
Judge Autrey  Court Reporter A.D.
Deputy Clerk Cobbans  Interpreter
Assistant United States Attorney(s) G. Carroll
Attorney(s) for Defendant T. Newton

*Arraignment/Waiver of Indictment/Plea:*
Defendant's age 40  Education
☐ Defendant waives assistance of counsel ☐ Waiver filed
☐ Arraignment continued until_____at_____a.m./p.m.
☐ Defendant signs waiver of indictment and consents to proceed by information
☐ Criminal ☐ superseding ☐ information ☐ indictment filed
☐ Defendant waives reading of indictment/information ☐ Defendant arraigned
☐ Defendant enters a plea of ☐ GUILTY ☐ NOT GUILTY to counts of the
☐ superseding ☐ indictment ☐ information ☐ Pretrial Motions Order ☐ issued ☐ to issue

*Change of Plea:*
☑ The Court finds the defendant competent to enter a plea of guilty.
☑ By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s) (1) of the ☐ superseding ☑ indictment ☐ information.
☑ Stipulation of facts relative to sentencing filed ☐ with ☐ without plea agreement.
☐ The Court adopts and approves ☐ Stipulation of Facts ☐ Plea Agreement
☐ The Court defers the adoption of ☐ Stipulation of Facts ☐ Plea Agreement
until the date of sentencing ☐ Stipulation/plea agreement filed under seal
☐ Ordered that count(s)_____be held in abeyance until sentencing.
☐ Ordered that pending motions as to defendant_____are denied as moot.
☑ Sentencing set 9-26-17 at 11:15 a.m./p.m.
☐ OBJECTIONS TO OR ACCEPTANCE OF PSR DUE_____
☑ Defendant is remanded to custody ☐ Defendant is released on existing bond
(If defendant was on bond and is remanded, change location code to "LC.")
Probation Officer_____

Defendant attorney present at_____a.m./p.m.
Proceedings commenced 11:12 a.m./p.m.  concluded at 11:30 a.m./p.m.