UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 4:16-cr-00555-HEA-DDN |
| v. | ) | |
| | ) | |
| CLARENCE HOWARD, | ) | |
| Defendant. | ) | |

**MOTION FOR CONTINUANCE OF SENTENCING**

COMES NOW the United States of America, by and through Carrie Costantin, Acting United States Attorney for the Eastern District of Missouri, and Gwendolyn Carroll, Assistant United States Attorney for said District, and moves the Court for a order continuing the sentencing of the defendant in the above-captioned case for a period of thirty days in order to enable the United States to receive and file with this Court restitution requests placed by victims.

The United States is still receiving notifications and restitution requests relating to the sentencing in the above-captioned case. Undersigned counsel has conferred with counsel for the defendant, who has indicated that he takes no position as to the government's request for a continuance of sentencing. Sentencing in this matter is currently set for Tuesday, September 26, 2017. The government respectfully requests a continuance of 30 days.

Respectfully submitted,

CARRIE COSTANTIN
Acting United States Attorney

*/s/ Gwendolyn E. Carroll*
GWENDOLYN E. CARROLL
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

GWENDOLYN E. CARROLL
Assistant United States Attorney